UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.                                   CITATION / CASE NO. __3:10-mj-2CMK__

vs.                                      **ORDER TO PAY**

__Samuel Urban__

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____
City                State              Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE: __2-9-10__                    _____
                                     DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: __092 - Cnt 1__   FINE __140.00__   ASGMT. __10.00__
CITATION / CASE NO: __093 - Cnt 2__   FINE __540.00__   ASGMT. __10.00__
CITATION / CASE NO: _____  FINE _____   ASGMT. _____
CITATION / CASE NO: _____  FINE _____   ASGMT. _____

**X FINE TOTAL** of $ __680.00__ and a penalty assessment of $ __20.00__ ~~within~~
~~days/months~~ or payments of $ __100.00__ per month, commencing __3-1-10__
and due on the __first__ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
**X PROBATION** to be unsupervised ~~/supervised~~ for: __1 year. Defendant excluded from national lands until fine paid. Defendant ordered to appear for status hearing 9-28-10 11am.__

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~        CLERK, USDC
~~P.O. Box 740026~~                   ~~650 Capitol Mall, Rm 2546~~ __501 I Street__
~~Atlanta, GA 30374-0026~~            Sacramento, CA 95814
~~1-800-827-2982~~

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.
DATE: __2-9-10__                    _____
                                     U.S. MAGISTRATE JUDGE

Clerk's Office                                              EDCA - 03 Rev 8/97