# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**SAMUEL URBAN** | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **3:10-MJ-0002 CMK** |
| Date of Original Judgment:  2/9/2010<br>(Or Date of Last Amended Judgment) | _____<br>Defendant's Attorney |

## Reason for Amendment:

[✔] Defendant requests that sentence be commuted to incarceration

[ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))

[ ] Correction of Sentence by Sentencing Court (Fed. R. Crim P. 35(c))

[ ] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

[ ] Modification of Supervision Conditions (18 U.S.C. §3563(c) or 3583(e))

[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C.§3582(c)(1))

[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C.§3582(c)(2))

[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. §2255
 [ ] 18 U.S.C. §3559(c)(7),    [ ] Modification of Restitution Order

## THE DEFENDANT:

[✔]    pleaded guilty to count(s): 1 and 2 on February 29, 2010

ACCORDINGLY, the court adjudicated that the defendant was guilty of the offenses and was sentenced to unsupervised probation and payment of a fine.

On April 20, 2010, the defendant appeared in court and requested that the fine be commuted to incarceration.

ACCORDINGLY, it is ordered that probation and the imposition of a fine are terminated.

    The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

                                        4/20/2010
                            _____
                              Date of Imposition of Judgment

                            _____
                              Signature of Judicial Officer

                            **CRAIG M. KELLISON**, United States Magistrate Judge
                              Name & Title of Judicial Officer

                                        4/20/2010
                            _____
                                        Date

| | |
|---|---|
| CASE NUMBER: | 3:10-MJ-0002 CMK |
| DEFENDANT: | SAMUEL URBAN |

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of seven (7) days.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
        Deputy U.S. Marshal